Jeffrey A. Carr
**PEPPER HAMILTON LLP**
A Pennsylvania LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808
*Attorneys for Defendants*
*Dunkin' Donuts Franchised Restaurants, LLC,*
*Baskin-Robbins Franchised Shops, LLC and*
*Wayne Miller*

RECEIVED

APR 04 2017

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRITI SHETTY,<br><br>                   Plaintiff,<br><br>v.<br><br>DUNKIN' DONUTS FRANCHISED RESTAURANTS, LLC, et al.<br><br>                   Defendants. | 3:15-cv-02664(MAS)(DEA)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendants hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims asserted by Plaintiff against Defendants are dismissed with prejudice. The parties will bear their own costs and counsel fees.

_____
Steven T. Keppler
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, NJ 07701

*Attorney for Plaintiff*

Dated: March 20, 2017

_____
Jeffrey A. Carr
Pepper Hamilton LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543

*Attorney for Defendants*
*Dunkin' Donuts Franchised Restaurants, LLC,*
*Baskin-Robbins Franchised Shops, LLC and*
*Wayne Miller*

Dated: March 13, 2017

It is so ordered this 4th day of April, 2017.

_____
Brian R. Martinotti, U.S.D.J.